THE STATE EX REL. MAY, APPELLANT, *v.* HENDON, JUDGE, APPELLEE.

[Cite as *State ex rel. May v. Hendon* (1993), 68 Ohio St.3d 118.]

(No. 93–1118—Submitted November 9, 1993—Decided December 29, 1993.)

*Morris May, pro se.*

The judgment of the court of appeals is affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.